IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Dorothy Marie Butterson, ) | C/A No.: 0:15-1382-TLW-SVH |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| Mekra Tool & Mold, LLC; and Lang ) | |
| Mekra North America LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

In this employment discrimination case, Dorothy Marie Butterson ("Plaintiff") sues Mekra Tool & Mold, LLC ("MTM") and Lang Mekra North America LLC (collectively "Defendants"). While Plaintiff's complaint alleges only a cause of action pursuant to the Family Medical Leave Act, 29 U.S.C. §§ 2601 *et seq.* ("FMLA"), she has indicated her intent to amend the complaint to add causes of action pursuant to Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101 et seq. ("ADA") and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. ("Title VII"). [ECF No. 1 at ¶¶ 1, 4; ECF No. 14 at 2].

This matter comes before the court on Defendants' motion to bifurcate discovery. [ECF No. 14]. Defendants request the court bifurcate discovery by limiting the first phase of discovery to issues relevant to whether Defendants meet the applicable threshold requirements under the FMLA, the ADA, and Title VII. *Id*. Plaintiff did not file a response to the motion. Therefore, pursuant to Local Civ. Rule 7.06 (D.S.C.), the court rules on the motion on the record before it.

Plaintiff alleges Defendants are joint or integrated employers, which Defendants deny. If Defendants are not found to be joint employers, this case may be dismissed based on Plaintiff's failure to show her employer meets the threshold limits of the FMLA, the ADA, or Title VII. Because Defendants have shown bifurcation may eliminate the need for costly discovery and Plaintiff has not shown she would be prejudiced by bifurcation, the undersigned grants Defendants' motion. The court will enter a separate scheduling order.

IT IS SO ORDERED.

June 18, 2015                                       Shiva V. Hodges
Columbia, South Carolina                            United States Magistrate Judge